FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 13 AM 11: 58

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JOHNNY D. JACKSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV406-116 |
| TIMOTHY C. WARD, Warden, | ) |
| Respondent. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 13th day of September, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA